IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FRANK L. KARR,
    Plaintiff

Case No. 3:17-cv-00643-TBR

v.

LINK REVENUE
RESOURCES, LLC et al.
    Defendant

\*\* \*\* \*\* \*\*

**NOTICE OF SETTLEMENT**

    Comes the Plaintiff, Frank L. Karr, and the Defendants, Link Revenue Resources, LLC and Van Ru Credit Corporation, each by counsel, and hereby notifies the Court that Plaintiff has settled his claims against Link Revenue Resources, LLC and Van Ru Credit Corporation subject to execution of a final settlement agreement and release.

    Respectfully submitted,

    */s/David W. Hemminger*
    David W. Hemminger
    HEMMINGER LAW OFFICE, PSC
    616 South Fifth Street
    Louisville, KY 40202
    (Tel) 502.443.1060
    (Fax) 502.589.3004
    hemmingerlawoffice@gmail.com
    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 1st day of March, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

    */s/David W. Hemminger*
    David W. Hemminger